HEATHER E. WILLIAMS, #122664
Federal Defender
MATTHEW C. BOCKMON, #161566
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA  95814
Telephone: (916) 498-5700

Attorneys for Defendant
MIHRAN MELKONYAN

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. 2:14-cr-083 KJM |
| Plaintiff, ) | STIPULATION TO CONTINUE MOTION FOR BAIL REVIEW AND TO EXCLUDE TIME |
| v. ) | |
| MIHRAN MELKONYAN, ) | Date:   May 19, 2015<br>Time:   2:00 p.m. |
| Defendant. ) | Judge:  Hon. Dale A. Drozd |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, Matthew Yelovich and Michael D. Anderson, Assistant United States Attorneys, attorneys for Plaintiff, Heather Williams, Federal Defender, through Assistant Federal Defender Matthew C. Bockmon, attorney for Mihran Melkonyan that the Motion for Bail Review hearing date of May 18, 2015 be continued one day to May 19, 2015 at 2:00 p.m. before the Honorable Dale A. Drozd.

The continuance is requested due to the unavailability of the Pretrial Services Officer on May 18, 2015.

Based upon the foregoing, the parties agree time under the Speedy Trial Act should be excluded of this order's date through and including May 19, 2015; pursuant to 18 U.S.C. §3161 (h)(7)(A)and (B)(iv)[reasonable time to prepare] and

General Order 479, Local Code T4 based upon continuity of counsel and defense preparation.

| | |
|---|---|
| DATED: May 12, 2015 | HEATHER E. WILLIAMS<br>Federal Defender<br><br>*/s/ Matthew C. Bockmon*<br>MATTHEW C. BOCKMON<br>Assistant Federal Defender<br>Attorney for MIHRAN MELKONYAN |
| DATED: May 12, 2015 | BENJAMIN B. WAGNER<br>United States Attorney<br><br>*/s/ Matthew Yelovich*<br>MATTHEW YELOVICH<br>Assistant U.S. Attorney<br>Attorney for Plaintiff |
| DATED: May 12, 2015 | BENJAMIN B. WAGNER<br>United States Attorney<br><br>*/s/ Michael D. Anderson*<br>MICHAEL D. ANDERSON<br>Assistant U.S. Attorney<br>Attorney for Plaintiff |

# ORDER

IT IS HEREBY ORDERED, the Court, having received, read, and considered the parties' stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as its order. The Court specifically finds the failure to grant a continuance in this case would deny counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  The Court finds the ends of justice are served by granting the requested continuance and outweigh the best interests of the public and defendant in a speedy trial.

The Court orders the time from the date the parties stipulated, up to and including May 19, 2015, shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A) and(B)(iv) [reasonable time for counsel to prepare] and General Order 479, (Local Code T4). It is further ordered the May 18, 2015 Motion for Bail Review hearing shall be continued until May 19, 2015, at 2:00 p.m. before the Honorable Dale A. Drozd.

Dated:  May 12, 2015

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE