ALAN J. DONATO, Esq. SBN: 264755
1383 Garden Highway, Suite 200
Sacramento, CA 95833
Phone: 916.803.6268
Fax: 916.527.0819

Attorney for MIHRAN MELKONYAN

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    vs.<br><br>MIRHAN MELKONYAN,<br><br>    Defendant | Case No.: 2:14-cr-00083 GEB<br><br>REQUEST TO SEAL DEFENDANT MELKONYAN'S MEDICAL DOCUMENTS AND ORDER<br><br>Date: April 19, 2016<br>Time: 2:00 P.M.<br>Judge: Hon. Edmund F. Brennan |

Mr. Melkonyan has moved the court for a bail review on April 19, at which time Mr. Melkonyan will present new information regarding his health and regarding property which could be posted to secure his release. The evidence of his health consists of medical records provided by the Sacramento County Main Jail. These medical records were received by Mr. Melkonyan's attorney on April 8 and additional medical records were received on April 14. Mr. Melkonyan respectfully requests that the court place these medical records under seal, as the records contain confidential medical information and confidential identifying information.

Request to Seal Documents; and Order            *US v. Melkonyan, 14-083 GEB*

Case No. 14-cr-00083 GEB                1

I.      LAW AND ARGUMENT

Under Local Rule 141 and Federal Rule of Criminal Procedure 49.1, the court may order specific documents sealed, upon request by any party.

The right to privacy in a person's medical records is protected under 45 CFR 160 and 164 subparts (a) and (e). The documents in this case contain private health information, in that the documents are a complete record of Mr. Melkonyan's health complaints and treatments since his incarceration at the Sacramento County Main Jail. Therefore, Mr. Melkonyan respectfully requests that the court place his private medical records under seal.

DATED: April 18, 2016

        /s/ Alan J. Donato_____,
ALAN J. DONATO,
Attorney for Mihran Melkonyan

So Ordered.

DATED:  April 18, 2016.

*[signature]*
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE