PHILLIP A. TALBERT
Acting United States Attorney
MICHAEL D. ANDERSON
MATTHEW M. YELOVICH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:14-CR-00083 GEB |
|---|---|
| Plaintiff, | STIPULATION REGARDING CONTINUING STATUS HEARING; [PROPOSED] ORDER |
| v. | DATE: September 30, 2016 |
| MIHRAN MELKONYAN, RUSLAN KIRILYUK, and ALEKSANDR MASLOV, | TIME: 9:00 a.m. COURT: Hon. Garland E. Burrell, Jr. |
| Defendants. | |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendants, by and through defendants' counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for status hearing on September 30, 2016.

2. By this stipulation, the parties now move to continue the status hearing to November 18, 2016. The parties do not seek to appear on Friday now that status of counsel has been confirmed. However, the parties wish to schedule a future status conference prior to trial confirmation so as to ensure all parties are continuing diligent preparation for trial and to provide for any potential changes of plea that might occur prior to trial confirmation.

3. The parties note that time has already been excluded in this case under the Speedy Trial Act until the date of trial (February 7, 2017), pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv), Local Code T-4.

STIPULATION REGARDING CONTINUANCE                    1

IT IS SO STIPULATED.

Dated: September 28, 2016        PHILLIP A. TALBERT
                                  Acting United States Attorney

                                  /s/ MATTHEW M. YELOVICH
                                  MATTHEW M. YELOVICH
                                  MICHAEL D. ANDERSON
                                  Assistant United States Attorneys

Dated: September 28, 2016        /s/ MATTHEW BOCKMON
                                  MATTHEW BOCKMON
                                  Counsel for Defendant
                                  MIHRAN MELKONYAN

Dated: September 28, 2016        /s/ GEORGE MGDESYAN
                                  GEORGE MGDESYAN
                                  Counsel for Defendant
                                  RUSLAN KIRILYUK

Dated: September 28, 2016        /s/ ROBERT WILSON
                                  ROBERT WILSON
                                  Counsel for Defendant
                                  ALEKSANDR MASLOV

## ORDER

IT IS SO ORDERED.

Dated: September 29, 2016

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge

STIPULATION REGARDING CONTINUANCE                    2