UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. 2:14-cr-00083-GEB |
|---|---|
| Plaintiff, | |
| v. | **ORDER** |
| ALEKSANDR MASLOV, | |
| Defendant. | |

When the Order was filed on April 25 2017 directing the parties to file a document no later than today concerning the competency evaluation of Defendant, the judge did not realize a status hearing regarding the competency issue is scheduled on April 28, 2017. Therefore, a party need not file a document in response to the April 25 2017, if that party prefers to discuss the competency matter at the hearing scheduled tomorrow.

Dated: April 27, 2017

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge

1