PHILLIP A. TALBERT
United States Attorney
MICHAEL D. ANDERSON
MATTHEW M. YELOVICH
Assistant United States Attorneys
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　Plaintiff,<br><br>　　v.<br><br>MIHRAN MELKONYAN,<br><br>　　　　　　　　Defendant. | CASE NO. 2:14-CR-00083<br><br>STIPULATION REGARDING CONTINUANCE OF SENTENCING; [PROPOSED] ORDER<br><br>DATE: May 19, 2017<br>TIME: 9:00 a.m.<br>COURT: Hon. Garland E. Burrell, Jr. |

**STIPULATION**

　　Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

　　1.　By previous order, this matter was set for sentencing on May 19, 2017.

　　2.　By this stipulation, the parties now move to continue sentencing until June 23, 2017.

　　3.　The parties agree and stipulate that this continuance will provide new defense counsel time to prepare for sentencing. Trial counsel for defendant is currently out on medical leave, and his colleague at the Office of the Federal Defender has requested additional time to prepare for sentencing.

　　IT IS SO STIPULATED.

| | |
|---|---|
| Dated: May 12, 2017 | PHILLIP A. TALBERT<br>United States Attorney<br><br>/s/ MATTHEW M. YELOVICH<br>MICHAEL D. ANDERSON<br>MATTHEW M. YELOVICH<br>Assistant United States Attorneys |
| Dated: May 12, 2017 | /s/ MICHAEL PETRIK<br>MICHAEL PETRIK<br>Counsel for Defendant<br>MIHRAN MELKONYAN |

**ORDER**

IT IS SO ORDERED.

Dated: May 12, 2017

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge