| | |
|---|---|
| 1 | PHILLIP A. TALBERT<br>United States Attorney |
| 2 | MICHAEL D. ANDERSON<br>MATTHEW M. YELOVICH |
| 3 | Assistant United States Attorneys<br>501 I Street, Suite 10-100 |
| 4 | Sacramento, CA 95814<br>Telephone: (916) 554-2700 |
| 5 | Facsimile: (916) 554-2900 |

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MIHRAN MELKONYAN,<br><br>Defendant. | CASE NO. 2:14-CR-00083<br><br>STIPULATION REGARDING CONTINUANCE OF SENTENCING; [PROPOSED] ORDER<br><br>DATE: June 23, 2017<br>TIME: 9:00 a.m.<br>COURT: Hon. Garland E. Burrell, Jr. |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for sentencing on June 23, 2017.

2. By this stipulation, the parties now move to continue sentencing until August 11, 2017.

3. The parties agree and stipulate that this continuance will provide new defense counsel time to prepare for sentencing. Trial counsel for defendant is currently out on medical leave, and his colleague at the Office of the Federal Defender has requested additional time to prepare for sentencing given the complexity of the case and evidence presented at trial.

**[Remainder of Page Left Intentionally Blank]**

STIPULATION AND [PROPOSED] ORDER REGARDING CONTINUANCE

1

IT IS SO STIPULATED.

Dated: June 15, 2017        PHILLIP A. TALBERT
                            United States Attorney

                            /s/ MATTHEW M. YELOVICH
                            MICHAEL D. ANDERSON
                            MATTHEW M. YELOVICH
                            Assistant United States Attorneys

Dated: June 15, 2017        /s/ MICHAEL PETRIK
                            MICHAEL PETRIK
                            Counsel for Defendant
                            MIHRAN MELKONYAN

**ORDER**

IT IS SO ORDERED.

Dated: June 16, 2017

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge