```
1  TONI WHITE (#210119)
   Attorney at Law
2  11930 Heritage Oak Place #6
   Auburn, California 95603
3  Telephone: (530) 885-6244

4  Attorney for Defendant
   MIHRAN MILKONYAN
5
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES, | Case No. 2:14-CR-00083-GEB |
| Plaintiff, | SUBSTITUTION OF ATTORNEY |
| v. | |
| MIHRAN MELKONYAN, et al | |
| Defendant, | |

Matthew C. Bockmon, defense counsel for Mihran Melkonyan, was relieved in this matter on December 15, 2017 and the Federal Defender was ordered to find substitute counsel. Federal Defender requested that the undersigned attorney, Toni White, apply for substitution of counsel. It is respectfully requested that attorney Toni White (SBN 210119), 11930 Heritage Oak Pl #6, Auburn, CA 95603; telephone number (530) 885-6244, be substituted in as appointed counsel for Mr. Melkonyan. Mr. Melkonyan qualifies for appointed counsel and has consented to the substitution.

I consent to the above substitution.

Dated: December 30, 2017

                                                  Respectfully submitted,

                                                  Toni White
                                                  Attorney at Law

| | |
|---|---|
| 1 | |
| 2 | I consent to the above substitution. |
| 3 | Dated: _____ |

Respectfully submitted,

_____
Mihran Melkonyan
Defendant

//
//
//

**O R D E R**

IT IS SO ORDERED.

Dated: January 4, 2018

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge