UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIHRAN MELKONYAN,<br><br>Movant,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Respondent. | No. 2:14-cr-0083-GEB-EFB P<br><br>FINDINGS AND RECOMMENDATIONS |

    Melkonyan, without the assistance of counsel, has filed a motion to vacate, set aside, or correct his sentence pursuant to 28 U.S.C. § 2255. ECF No. 237. A motion may be brought in a district court under 28 U.S.C. § 2255 by a person in custody under the sentence of that court. In this case, the motion is premature because Melkonyan has not been sentenced yet. *See* ECF No. 244 (minute order continuing movant's sentencing to February 9, 2018). He may re-file his § 2255 motion within one year of the date his judgment of conviction becomes final, or within one year of any of the other events identified in 28 U.S.C. § 2255(f).

    Accordingly, it is hereby RECOMMENDED that Melkonyan's motion to vacate, set aside, or correct his sentence (ECF No. 237) be denied without prejudice and the Clerk be directed to close the companion civil case, 2:17-cv-2616-GEB-EFB.

    These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(1). Within fourteen days

1

after being served with these findings and recommendations, any party may file written objections with the court and serve a copy on all parties. Such a document should be captioned "Objections to Magistrate Judge's Findings and Recommendations." Failure to file objections within the specified time may waive the right to appeal the District Court's order. *Turner v. Duncan*, 158 F.3d 449, 455 (9th Cir. 1998); *Martinez v. Ylst*, 951 F.2d 1153 (9th Cir. 1991). In his objections movant may address whether a certificate of appealability should issue in the event he files an appeal of the judgment in this case.

DATED: January 10, 2018.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE