| | |
|---|---|
| 1 | MCGREGOR W. SCOTT<br>United States Attorney |
| 2 | MICHAEL D. ANDERSON<br>MATTHEW M. YELOVICH |
| 3 | Assistant United States Attorneys<br>501 I Street, Suite 10-100 |
| 4 | Sacramento, CA 95814<br>Telephone: (916) 554-2700 |
| 5 | Facsimile: (916) 554-2900 |
| 6 | |
| 7 | Attorneys for Plaintiff<br>United States of America |

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MIHRAN MELKONYAN,<br><br>Defendant. | CASE NO. 2:14-CR-00083<br><br>STIPULATION REGARDING CONTINUANCE OF SENTENCING AND RESETTING PRESENTENCE INVESTIGATION REPORT SCHEDULE; [PROPOSED] ORDER<br><br>DATE: November 2, 2018<br>TIME: 9:00 a.m.<br>COURT: Hon. Garland E. Burrell, Jr. |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for sentencing on November 2, 2018.

2. By this stipulation, the parties now move to continue sentencing until January 4, 2019, and to reset the schedule for disclosure of the pre-sentence report and objections thereto, as follows:

   a) Judgment and Sentencing Date: January 4, 2019

   b) Reply or Statement of No Opposition: December 28, 2018

   c) Motion for Correction of the Pre-Sentence Report: December 21, 2018

   d) Final Presentence Report Filed with the Court and Parties: December 14, 2018

   e) Counsel's Written Objections to the Pre-Sentence Report Delivered to Probation Officer and Opposing Counsel: December 7, 2018

STIPULATION AND [PROPOSED] ORDER REGARDING CONTINUANCE

1

         f)        The proposed pre-sentence report will be considered already shared with the parties as ECF No. 191.

3.       The parties agree that in light of the procedural history of this case, counsel for the defendant should have the opportunity to engage fully in the presentence investigation report process, given that she was not counsel at the time the presentence report was drafted and finalized initially.

4.       The government will oppose any further efforts to continue sentencing in this matter.

IT IS SO STIPULATED.

Dated: October 19, 2018                    MCGREGOR W. SCOTT
                                                        United States Attorney

                                                        /s/ MATTHEW M. YELOVICH
                                                        MICHAEL D. ANDERSON
                                                        MATTHEW M. YELOVICH
                                                        Assistant United States Attorneys

Dated: October 19, 2018                    /s/ TONI WHITE
                                                        TONI WHITE
                                                        Counsel for Defendant
                                                        MIHRAN MELKONYAN

**ORDER**

IT IS SO ORDERED.

Dated: October 31, 2018

                                                        GARLAND E. BURRELL, JR.
                                                        Senior United States District Judge