Timothy E. Warriner, Bar. No. 166128
Warriner Law Office
455 Capitol Mall, Suite 802
Sacramento, California 95814
Telephone: (916) 443-7141
tew@warrinerlaw.com

Attorney for Defendant
MIHRAN MELKONYAN

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MIHRAN MELKONYAN,<br><br>Defendant. | No. 2:14-cr-83-GEB<br><br>**PROPOSED ORDER FOR APPOINTMENT OF COUNSEL ON APPEAL** |

Defendant Mihran Melkonyan, through counsel, hereby applies for an order appointing counsel to represent him for an interlocutory appeal of the district court's 10/17/18 order denying defendants' motion for new trial (docket 269). At the panel administrator's request, attorney Timothy Warriner agrees to accept the appointment for the appeal. Attorney Toni White will remain as counsel for defendant for all further proceedings in the district court.

Respectfully submitted,

Dated: October 18, 2018

/s/ Timothy E. Warriner
Timothy E. Warriner,
Attorney seeking appointment
MIHRAN MELKONYAN

ORDER

**IT IS SO ORDERED.**

**Dated:  January 3, 2019**

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge