Timothy E. Warriner (SB#166128)
Law Office of Timothy E. Warriner
455 Capitol Mall, Suite 802
Sacramento, CA 95814
(916) 443-7141

Attorney for Defendant,
Mihran Melkonyan

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTSRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> MIHRAN KELKKONYAN, <br><br> Defendant | No. 2:14-cr-00083 GEB <br><br> STIPULATION AND [PROPOSED] ORDER FOR TRANSCRIPTS OF IN CAMERA PROCEEDINGS |

On February 7, 2017, the court held an in camera hearing concerning status of counsel.

Defense counsel requests a court order that the above in camera proceedings be transcribed and provided, at this time, only to defense counsel. In the event defense counsel references, in appellant's briefing in the 9th Circuit, any part or parts of the February 7, 2017 in camera proceedings, the parties agree and stipulate that without the need for additional court order, the court reporter can then provide a transcript of the referenced proceeding to the Assistant United States Attorney.

DATED: May 10, 2019          /s/ Timothy E. Warriner, Attorney for Defendant, Mihran Melkonyan

DATED: May 10, 2019          /s/ Michael D. Anderson, Assistant U.S. Attorney

IT IS SO ORDERED

Dated: May 10, 2019

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge