UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIHRAN MELKONYAN, | No.  2:14-cr-0083-JAM-EFB P |
| Movant, | |
| v. | ORDER |
| UNITED STATES OF AMERICA, | |
| Respondent. | |

Movant, who proceeds without counsel, has filed a motion to vacate, set aside, or correct his sentence pursuant to 28 U.S.C. § 2255.  However, the court cannot determine whether movant may be entitled to the requested relief because he has not signed the motion.  *See* ECF No. 499.  Rule 11 of the Federal Rules of Civil Procedure requires that "[e]very pleading, written motion, and other paper . . . be signed by at least one attorney of record in the attorney's name—or by a party personally if the party is unrepresented."  Fed. R. Civ. P. 11(a).  Because movant did not sign the motion, it will be disregarded.

So ordered.

Dated:  February 2, 2022.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE