PHILLIP A. TALBERT
United States Attorney
MICHAEL D. ANDERSON
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone:  (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                              Plaintiff,<br><br>                    v.<br><br>MIHRAN MELKONYAN,<br><br>                              Defendant. | CASE NO. 2:14-CR-00083-KJM-EFB<br><br>[~~PROPOSED~~] ORDER GRANTING THE GOVERNMENT'S MOTION FOR EXTENSION OF TIME TO RESPOND TO DEFENDANT MIHRAN MELKONYAN'S 28 U.S.C. § 2255 PETITION |

The Court has reviewed the government's unopposed request for a 45-day extension of time within which to file its response to defendant Mihran Melkonyan's Section 2255 petition.  ECF 499. For the reasons stated therein:

IT IS HEREBY ORDERED that the time for the government to respond to Mihran Melkonyan's Section 2255 petition (ECF ~~473~~ No. 499) is extended 45 days, up to and including July 15, 2022.

Dated: May 25, 2022.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE