UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Respondent,<br><br>v.<br><br>MIHRAN MELKONYAN,<br><br>Movant. | No. 2:14-cr-0083-KJM-EFB P<br><br><br><br>ORDER |

On August 1, 2022, movant requested the appointment of an attorney (ECF No. 552), which the government does not intend to oppose (*see* ECF No. 542 at 2). The court has determined that the interests of justice warrant appointment of counsel. *See* 18 U.S.C. § 3006A(a)(2)(B); *see also Weygandt v. Look*, 718 F.2d 952, 954 (9th Cir. 1983); *United States v. Duarte-Higareda*, 68 F.3d 369, 370 (9th Cir. 1995).

Accordingly, IT IS HEREBY ORDERED that:

1. Movant's motion for appointment of an attorney (ECF No. 552) is granted.
2. The Federal Defender is appointed to represent movant.
3. The Clerk of Court is directed to serve a copy of this order on zzCAEml_Appointments_Habeas@FD.org.
4. A Status Conference is now set before the undersigned on October 12, 2022 at 11:00 a.m. in Courtroom No. 8.

1

5. Not later than October 5, 2022, the parties shall file status reports addressing whether any active post-conviction collateral claims remain.

6. The court's order directing the government to respond to movant's § 2255 petition (ECF Nos. 521, 531) is vacated and the Clerk of the Court shall terminate ECF No. 542..

DATED: August 3, 2022.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE