Daniel B. Olmos (CA SBN 235319)
NOLAN BARTON & OLMOS, LLP
430 D Street
Davis, CA 95616
Tel. (650) 326-2980
Fax (650) 326-9704
dolmos@nbo.law

Counsel for Defendant
Mihran Melkonyan

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

### SACRAMENTO DIVISION

| | |
|---|---|
| UNITED STATES, <br><br> Plaintiff, <br><br> vs. <br><br> MIHRAN MELKONYAN, et al., <br><br> Defendants. | Case No. 2:14-cr-00083 DAD <br><br> **STIPULATION AND [PROPOSED] ORDER TO CONTINUE STATUS CONFERENCE** |

IT IS HEREBY STIPULATED AND AGREED between the Government, through Assistant United States Attorney Michael D. Anderson, and Defendant Mihran Melkonyan, through undersigned counsel, that the status conference now set for November 16, 2022, be continued to January 25, 2023, at 11:00 a.m.  The parties continue to examine the legal issues presented in this case and explore the possibility of a negotiated resolution.  The parties agree to file a written status report with the Court no later than January 18, 2023.

For the foregoing reasons, the parties stipulate to continue the status conference to January 25, 2023, at 11:00 a.m.

//

//

1   IT IS SO STIPULATED

2   Dated: November 15, 2022            NOLAN BARTON & OLMOS, LLP

4                                        /S/ *Daniel Olmos*
                                        Daniel Olmos
5                                        Attorney for Defendant Mihran Melkonyan

7   Dated: November 15, 2022            PHILLIP A. TALBERT
                                        UNITED STATES ATTORNEY

9                                        /S/ *Michael D. Anderson*
10                                       By:  Michael D. Anderson
                                        Assistant United States Attorney

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| UNITED STATES,<br><br>                 Plaintiff,<br><br>          v.<br><br>MIHRAN MELKONYAN, et al.,<br><br>                 Defendants. | Case No. 2:14-cr-00083 DAD<br><br>[~~PROPOSED~~] ORDER TO CONTINUE STATUS CONFERENCE |

GOOD CAUSE APPEARING, it is hereby ordered that the status conference for Defendant Mihran Melkonyan currently scheduled for November 16, 2022, be continued to January 25, 2023, at 11:00 a.m.  The parties are ordered to file a written status report no later than January 18, 2023.

Dated: November 16, 2022

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE