Daniel B. Olmos (CA SBN 235319)
NOLAN BARTON & OLMOS, LLP
430 D Street
Davis, CA 95616
Tel. (650) 326-2980
Fax (650) 326-9704
dolmos@nbo.law

Counsel for Defendant
Mihran Melkonyan

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

### SACRAMENTO DIVISION

| | |
|---|---|
| UNITED STATES,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>MIHRAN MELKONYAN, et al.,<br><br>　　　　　Defendants. | Case No. 2:14-cr-00083 DAD<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER TO CONTINUE STATUS CONFERENCE** |

IT IS HEREBY STIPULATED AND AGREED between the Government, through Assistant United States Attorney Heiko Coppola, and Defendant Mihran Melkonyan, through undersigned counsel, that the status conference now set for March 8, 2023, be continued to April 19, 2023, at 11:00 a.m.  The parties have filed a joint status conference statement together with this stipulation which describes the reasons for the stipulation – namely, the complex issues involved in this matter and the parties' intention to continue to meet and confer in an effort to resolve the pending post-conviction claims in Mr. Melkonyan's habeas corpus petition.

//

//

For the foregoing reasons, the parties stipulate to continue the status conference to April 19, 2023, at 11:00 a.m.

IT IS SO STIPULATED.

Dated: February 22, 2023						NOLAN BARTON & OLMOS, LLP


							 /S/ *Daniel Olmos*
							Daniel Olmos
							Attorney for Defendant Mihran Melkonyan


Dated: February 22, 2023						PHILLIP A. TALBERT
							UNITED STATES ATTORNEY


							 /S/ *Heiko Coppola*
							By:  Heiko Coppola
							Assistant United States Attorney

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| UNITED STATES,<br><br>              Plaintiff,<br><br>    v.<br><br>MIHRAN MELKONYAN, et al.,<br><br>             Defendants. | Case No. 2:14-cr-00083 DAD<br><br>**[PROPOSED] ORDER TO CONTINUE STATUS CONFERENCE** |

GOOD CAUSE APPEARING, it is hereby ordered that the status conference for Defendant Mihran Melkonyan currently scheduled for March 8, 2023, be continued to April 19, 2023, at 11:00 a.m.

Dated: February 28, 2023

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE