Daniel B. Olmos (CA SBN 235319)
NOLAN BARTON OLMOS & LUCIANO LLP
430 D Street
Davis, CA 95616
Tel. (650) 326-2980
Fax (650) 326-9704
dolmos@nbo.law

Counsel for Defendant
Mihran Melkonyan

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

# SACRAMENTO DIVISION

| | |
|---|---|
| UNITED STATES,<br><br>          Plaintiff,<br><br>     vs.<br><br>MIHRAN MELKONYAN, et al.,<br><br>          Defendants. | Case No. 2:14-cr-00083 DJC<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE STATUS CONFERENCE** |

IT IS HEREBY STIPULATED AND AGREED between the Government, through Assistant United States Attorney Michael D. Anderson, and Defendant Mihran Melkonyan, through undersigned counsel, that the status conference now set for April 19, 2023, be continued to May 31, 2023, at 11:00 a.m.

In an order dated August 3, 2022, the Court granted Mr. Melkonyan's motion for appointment of an attorney and ordered the parties to file status reports addressing whether any active post-conviction collateral claims remain in this matter. *See* Docket 553. On August 17, 2022, the Court signed an order substituting undersigned defense counsel in place of the Federal Public Defender. *See* Docket No. 556. Since that date, undersigned defense counsel has remained in communication with Mr. Melkonyan (and has met with him in person at FCI Lompoc), met and conferred with the Government, and studied what if any impact the Ninth Circuit's opinion in *United*

*States v. Kirilyuk*, 29 F.4th 1128 (9th Cir. 2022) may have on Mr. Melkonyan's pending habeas corpus petition pursuant to 28 U.S.C. § 2255. The parties have also had preliminary discussions regarding a potential resolution of Mr. Melkonyan's habeas petition. To that end, the sentencing hearing for Mr. Melkonyan's co-defendant, Mr. Kirilyuk (whose sentencing was vacated and remanded by the Ninth Circuit), was set for May 23, 2023, although both matters have just been reassigned to District Judge Daniel J. Calabretta and the existing dates vacated. Nevertheless, the Court will address several remaining disputes regarding the Guidelines range applicable to both defendants at Mr. Kirilyuk's sentencing hearing, which may assist the parties in this matter in their ongoing negotiations.

For the foregoing reasons, the parties stipulate to continue the status conference to May 31, 2023, at 11:00 a.m.

IT IS SO STIPULATED.

Dated: April 17, 2023                NOLAN BARTON OLMOS & LUCIANO, LLP

                                      /S/ *Daniel Olmos*
                                     Daniel Olmos
                                     Attorney for Defendant Mihran Melkonyan

Dated: April 17, 2023                PHILLIP A. TALBERT
                                     UNITED STATES ATTORNEY

                                      /S/ *Michael D. Anderson*
                                     By: Michael D. Anderson
                                     Assistant United States Attorney

# UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

### SACRAMENTO DIVISION

| | |
|---|---|
| UNITED STATES,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>MIHRAN MELKONYAN, et al.,<br><br>　　　　　Defendants. | Case No. 2:14-cr-00083 DJC<br><br>[~~PROPOSED~~] ORDER TO CONTINUE STATUS CONFERENCE |

GOOD CAUSE APPEARING, it is hereby ordered that the status conference for Defendant Mihran Melkonyan currently scheduled for April 19, 2023, be continued to May 31, 2023, at 11:00 a.m.

Dated: April 18, 2023

*[signature]*
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE