Daniel B. Olmos (CA SBN 235319)
NOLAN BARTON OLMOS & LUCIANO, LLP
430 D Street
Davis, CA 95616
Tel. (650) 326-2980
Fax (650) 326-9704
dolmos@nbo.law

Counsel for Defendant
Mihran Melkonyan

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| UNITED STATES,<br><br>                    Plaintiff,<br><br>       vs.<br><br>MIHRAN MELKONYAN, et al.,<br><br>                    Defendants. | Case No. 2:14-cr-00083 DAD<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE STATUS CONFERENCE** |

IT IS HEREBY STIPULATED AND AGREED between the Government, through Assistant United States Attorney Michael D. Anderson, and Defendant Mihran Melkonyan, through undersigned counsel, that the status conference now set for May 31, 2023, be continued to August 23, 2023, at 11:00 a.m.

In an order dated August 3, 2022, the Court granted Mr. Melkonyan's motion for appointment of an attorney and ordered the parties to file status reports addressing whether any active post-conviction collateral claims remain in this matter.  *See* Docket 553.  On August 17, 2022, the Court signed an order substituting undersigned defense counsel in place of the Federal Public Defender.  *See* Docket No. 556.  Since that date, undersigned defense counsel has remained in communication with Mr. Melkonyan (and has met with him in person at FCI Lompoc), met and conferred with the Government, and studied what if any impact the Ninth Circuit's opinion in *United*

1  *States v. Kirilyuk*, 29 F.4th 1128 (9th Cir. 2022) may have on Mr. Melkonyan's pending habeas
2  corpus petition pursuant to 28 U.S.C. § 2255.
3       The parties have also had discussions regarding a potential resolution of Mr. Melkonyan's
4  habeas petition.  Mr. Melkonyan's case and the case of his co-defendant Mr. Kirilyuk (whose
5  sentencing was vacated and remanded by the Ninth Circuit) have now been reassigned to District
6  Judge Daniel J. Calabretta.  The sentencing hearing for Mr. Kirilyuk was recently continued to
7  August 17, 2023.  At that hearing, the Court will address several remaining disputes regarding the
8  Guidelines range applicable to both defendants, which may assist the parties in this matter in their
9  ongoing negotiations.
10      For the foregoing reasons, the parties stipulate to continue the status conference to August
11 23, 2023, at 11:00 a.m.
12      IT IS SO STIPULATED.

Dated: May 25, 2023                          NOLAN BARTON OLMOS & LUCIANO, LLP

                                              /S/ *Daniel Olmos*
                                             Daniel Olmos
                                             Attorney for Defendant Mihran Melkonyan

Dated: May 25, 2023                          PHILLIP A. TALBERT
                                             UNITED STATES ATTORNEY

                                              /S/ *Michael D. Anderson*
                                             By:  Michael D. Anderson
                                             Assistant United States Attorney

# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA
# SACRAMENTO DIVISION

| | |
|---|---|
| UNITED STATES,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>MIHRAN MELKONYAN, et al.,<br><br>　　　　　　Defendants. | Case No. 2:14-cr-00083 DAD<br><br>**[PROPOSED]** ORDER TO CONTINUE STATUS CONFERENCE |

GOOD CAUSE APPEARING, it is hereby ordered that the status conference for Defendant Mihran Melkonyan currently scheduled for May 31, 2023, be continued to August 23, 2023, at 11:00 a.m.

Dated: May 31, 2023.

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　EDMUND F. BRENNAN
　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE