Daniel B. Olmos (CA SBN 235319)
NOLAN BARTON OLMOS & LUCIANO, LLP
430 D Street
Davis, CA 95616
Tel. (650) 326-2980
Fax (650) 326-9704
dolmos@nbo.law

Counsel for Defendant
Mihran Melkonyan

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

**SACRAMENTO DIVISION**

| | |
|---|---|
| UNITED STATES,<br><br>              Plaintiff,<br><br>      vs.<br><br>MIHRAN MELKONYAN, et al.,<br><br>              Defendants. | Case No. 2:14-cr-00083 DJC-EFB<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE STATUS CONFERENCE** |

   IT IS HEREBY STIPULATED AND AGREED between the Government, through Assistant United States Attorney Heiko Coppola, and Defendant Mihran Melkonyan, through undersigned counsel, that the status conference now set for December 6, 2023, be continued to February 28, 2024, at 11:00 a.m.

   The parties have had discussions regarding a potential resolution of Mr. Melkonyan's habeas petition. Mr. Melkonyan's case and the cases of his co-defendants Ruslan Kirilyuk and Aleksandr Maslov have now been reassigned to District Judge Daniel J. Calabretta. A status conference regarding sentencing for Mr. Kirilyuk has been set for January 11, 2024, and a status conference regarding Mr. Maslov's resentencing was recently continued to February 22, 2024. Undersigned counsel anticipate that the Court will address several remaining disputes regarding the Guidelines

range applicable to the defendants at the sentencing hearing for Mssrs. Kirilyuk and Maslov, which may assist the parties in this matter in their ongoing negotiations.

    For the foregoing reasons, the parties stipulate to continue the status conference to February 28, 2024, at 11:00 a.m.

IT IS SO STIPULATED.

Dated: December 5, 2023        NOLAN BARTON OLMOS & LUCIANO, LLP

        /S/ *Daniel Olmos*
        Daniel Olmos
        Attorney for Defendant Mihran Melkonyan

Dated: December 5, 2023        PHILLIP A. TALBERT
        UNITED STATES ATTORNEY

        /S/ *Heiko Coppola*
        By:  Heiko Coppola
        Assistant United States Attorney

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| UNITED STATES,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>MIHRAN MELKONYAN, et al.,<br><br>　　　　　Defendants. | Case No. 2:14-cr-00083 DJC-EFB<br><br>[~~PROPOSED~~] ORDER TO CONTINUE STATUS CONFERENCE |

　　GOOD CAUSE APPEARING, it is hereby ordered that the status conference for Defendant Mihran Melkonyan currently scheduled for December 6, 2023, be continued to February 28, 2024, at 11:00 a.m.

Dated: December 6, 2023

　　　　　　　　　　　　　　　　　　　　　／s／ Edmund F. Brennan
　　　　　　　　　　　　　　　　　　　　　EDMUND F. BRENNAN
　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE