# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA
# SACRAMENTO DIVISION

| | |
|---|---|
| UNITED STATES,<br><br>            Plaintiff,<br><br>     v.<br><br>MIHRAN MELKONYAN, et al.,<br><br>            Defendants. | Case No. 2:14-cr-00083 DJC<br><br>**ORDER TO CONTINUE STATUS CONFERENCE** |

GOOD CAUSE APPEARING, it is hereby ordered that the status conference for Defendant Mihran Melkonyan currently scheduled for February 28, 2024, be continued to April 17, 2024, at 11:00 a.m.

Dated:  February 27, 2024

*[signature]*
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

3

*United States v. Melkonyan*; Case No. 2:14-cr-00083 DJC