Daniel B. Olmos (CA SBN 235319)
NOLAN BARTON OLMOS & LUCIANO, LLP
430 D Street
Davis, CA 95616
Tel. (650) 326-2980
Fax (650) 326-9704
dolmos@nbo.law

Counsel for Defendant
Mihran Melkonyan

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| UNITED STATES,<br><br>　　　　　　Plaintiff,<br><br>　　vs.<br><br>MIHRAN MELKONYAN, et al.,<br><br>　　　　　　Defendants. | Case No. 2:14-cr-00083 DJC<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER TO CONTINUE STATUS CONFERENCE** |

　　　IT IS HEREBY STIPULATED AND AGREED between the Government, through Assistant United States Attorney Heiko Coppola, and Defendant Mihran Melkonyan, through undersigned counsel, that the status conference now set for April 17, 2024, at 11:00 a.m. be continued to June 26, 2024, at 11:00 a.m.

　　　The parties have had discussions regarding a potential resolution of Mr. Melkonyan's habeas petition. Mr. Melkonyan's case and the cases of his co-defendants Ruslan Kirilyuk and Aleksandr Maslov have now been reassigned to District Judge Daniel J. Calabretta. The sentencing hearing for Mr. Kirilyuk is currently scheduled to take place on April 18, 2024, at 9:00 a.m., and a status conference regarding Mr. Maslov's resentencing is set for April 25, 2024, at 9:00 a.m. Undersigned counsel anticipate that the Court will address several remaining disputes regarding the Guidelines

1  range applicable to the defendants at the sentencing hearing for Mssrs. Kirilyuk and Maslov, which
2  may assist the parties in this matter in their ongoing negotiations.
3      For the foregoing reasons, the parties stipulate to continue Mr. Melkonyan's status
4  conference to June 26, 2024, at 11:00 a.m.

6      IT IS SO STIPULATED.

7  Dated: April 15, 2024                NOLAN BARTON OLMOS & LUCIANO, LLP

9                                        /S/ *Daniel Olmos*
                                         Daniel Olmos
10                                       Attorney for Defendant Mihran Melkonyan

12 Dated: April 15, 2024                PHILLIP A. TALBERT
                                         UNITED STATES ATTORNEY

14                                       /S/ *Heiko Coppola*
15                                       By:  Heiko Coppola
                                         Assistant United States Attorney

2

*United States v. Melkonyan*; Case No. 2:14-cr-00083 DJC

# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA
# SACRAMENTO DIVISION

| | |
|---|---|
| UNITED STATES,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>MIHRAN MELKONYAN, et al.,<br><br>　　　　　Defendants. | Case No. 2:14-cr-00083 DJC<br><br>[~~PROPOSED~~] ORDER TO CONTINUE STATUS CONFERENCE |

GOOD CAUSE APPEARING, it is hereby ordered that the status conference for Defendant Mihran Melkonyan currently scheduled for April 17, 2024, be continued to June 26, 2024, at 11:00 a.m.

Dated:  April 16, 2024

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

3

*United States v. Melkonyan*; Case No. 2:14-cr-00083 DJC