1   Daniel B. Olmos (CA SBN 235319)
    NOLAN BARTON OLMOS & LUCIANO, LLP
2   432 D Street
    Davis, CA 95616
3   Tel. (650) 326-2980
    Fax (650) 326-9704
4   dolmos@nbo.law

5   Counsel for Defendant
    Mihran Melkonyan
6

7

8                  UNITED STATES DISTRICT COURT

9                  EASTERN DISTRICT OF CALIFORNIA

10                      SACRAMENTO DIVISION

11

12  UNITED STATES,                      Case No. 2:14-cr-00083 DJC

13                 Plaintiff,

14       vs.                            **STIPULATION AND [~~PROPOSED~~] ORDER
                                        TO CONTINUE STATUS CONFERENCE**
15  MIHRAN MELKONYAN, et al.,

16                 Defendants.

17

18       IT IS HEREBY STIPULATED AND AGREED between the Government, through Assistant

19  United States Attorney Heiko Coppola, and Defendant Mihran Melkonyan, through undersigned

20  counsel, that the status conference now set for June 26, 2024, at 11:00 a.m. be continued to

21  September 4, 2024, at 11:00 a.m.

22       The parties have had discussions regarding a potential resolution of Mr. Melkonyan's habeas

23  petition.  Mr. Melkonyan's case and the cases of his co-defendants Ruslan Kirilyuk and Aleksandr

24  Maslov have been reassigned to District Judge Daniel J. Calabretta.  The sentencing hearings for

25  Mssrs. Kirilyuk and Maslov were recently held and, during those hearings, the Court resolved

26  Sentencing Guidelines issues that the parties in this case have been awaiting in order to complete

27  plea negotiations.  The parties anticipate resolving this matter in the next 60 days.

28

                                                                                        1

1    For the foregoing reasons, the parties stipulate to continue Mr. Melkonyan's status

2  conference to September 4, 2024, at 11:00 a.m.

3

4    IT IS SO STIPULATED.

5  Dated: June 25, 2024                    NOLAN BARTON OLMOS & LUCIANO, LLP

6

7                                           /S/ *Daniel Olmos*
                                           _____
8                                          Daniel Olmos
                                           Attorney for Defendant Mihran Melkonyan
9

10  Dated: June 25, 2024                   PHILLIP A. TALBERT
                                           UNITED STATES ATTORNEY
11

12                                          /S/ *Heiko Coppola*
                                           _____
13                                         By:  Heiko Coppola
                                           Assistant United States Attorney
14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

                                                                                    2

1

2

3

**UNITED STATES DISTRICT COURT**

4

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

5

**SACRAMENTO DIVISION**

6

7

UNITED STATES,                                          Case No. 2:14-cr-00083 DJC

8

                      Plaintiff,

9

                                                       [~~PROPOSED~~] **ORDER TO CONTINUE**
                                                       **STATUS CONFERENCE**

10           v.

11

MIHRAN MELKONYAN, et al.,

12

                      Defendants.

13

14

15

        GOOD CAUSE APPEARING, it is hereby ordered that the status conference for Defendant

16

Mihran Melkonyan currently scheduled for June 26, 2024, be continued to September 4, 2024, at

17

11:00 a.m.

18

19

20      Dated: June 25, 2025

21

22                                                     EDMUND F. BRENNAN
                                                       UNITED STATES MAGISTRATE JUDGE
23

24

25

26

27

28

                                                                                                3