Daniel B. Olmos (CA SBN 235319)
NOLAN BARTON OLMOS & LUCIANO, LLP
432 D Street
Davis, CA 95616
Tel. (650) 326-2980
Fax (650) 326-9704
dolmos@nbo.law

Counsel for Defendant
Mihran Melkonyan

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

### SACRAMENTO DIVISION

| | |
|---|---|
| UNITED STATES,<br><br>    Plaintiff,<br><br>    vs.<br><br>MIHRAN MELKONYAN, et al.,<br><br>    Defendants. | Case No. 2:14-cr-00083 DJC<br><br>**STIPULATION AND ORDER TO SCHEDULE HEARING DATE AND ISSUE REQUEST TO TRANSPORT PRISONER** |

IT IS HEREBY STIPULATED AND AGREED between the Government, through Assistant United States Attorney Heiko Coppola, and Defendant Mihran Melkonyan, through undersigned counsel, that a change of plea hearing be calendared for Thursday, October 31, 2024. Counsel have consulted with the Court and confirmed that this date is available for a change of plea hearing.

IT IS FURTHER STIPULATED AND AGREED that Mr. Melkonyan (Register No. 72465-097) be transported from his current location at FCI Lompoc II in Lompoc, California, to this Court for a change of plea hearing scheduled before the Honorable Daniel J. Calabretta on **Thursday, October 31, 2024, at 9:00 a.m**.

///

///

IT IS SO STIPULATED.

Dated: September 12, 2024                                NOLAN BARTON OLMOS & LUCIANO, LLP

                                                                                           */S/ Daniel Olmos*
                                                                                          Daniel Olmos
                                                                                          Attorney for Defendant Mihran Melkonyan


Dated: September 12, 2024                                PHILLIP A. TALBERT
                                                                                          UNITED STATES ATTORNEY

                                                                                          */S/ Heiko Coppola*
                                                                                          By:  Heiko Coppola
                                                                                          Assistant United States Attorney

## ORDER

TO:   UNITED STATES MARSHAL SERVICE**:**

      GOOD CAUSE APPEARING, it is hereby ordered that the change of plea hearing for Defendant Mihran Melkonyan be scheduled for October 31, 2024.  It is further ordered that Mr. Melkonyan (Register No. 72465-097) be transported by the U.S. Marshal Service from FCI Lompoc in Lompoc, California, to the United States District Court, Eastern District, to appear in court on Thursday, October 31, 2024, at 9:00 a.m.

Dated:  September 13, 2024                              /s/ Daniel J. Calabretta
                                                                         THE HONORABLE DANIEL J. CALABRETTA
                                                                         UNITED STATES DISTRICT JUDGE