Daniel Olmos (CA SBN 235319)
NOLAN BARTON OLMOS & LUCIANO, LLP
430 D Street
Davis, CA 95616
Tel. (650) 326-2980
Fax (650) 326-9704
dolmos@nbo.law

Counsel for Defendant
Mihran Melkonyan

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

# SACRAMENTO DIVISION

| | |
|---|---|
| UNITED STATES,<br><br>　　　　　　　　Plaintiff,<br><br>　　vs.<br><br>MIHRAN MELKONYAN, et al.,<br><br>　　　　　　　　Defendants. | Case No. 2:14-cr-00083 DJC<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER TO CONTINUE STATUS CONFERENCE** |

　　　　IT IS HEREBY STIPULATED AND AGREED between the Government, through Assistant United States Attorney Heiko Coppola, and Defendant Mihran Melkonyan, through undersigned counsel, that the status conference now set for November 20, 2024, at 11:00 a.m. be continued to January 22, 2025, at 11:00 a.m.

　　　　Mr. Melkonyan is currently set for a change of plea hearing in the District Court on December 12, 2024.  Further, Mr. Melkonyan has just been transported from FCI Lompoc to the Sacramento County Jail in order to effectuate the change of plea.

　　　　For the foregoing reasons, the parties stipulate to continue Mr. Melkonyan's status conference in this Court to January 22, 2025, at 11:00 a.m.  The parties will update the Court following the December 12 change of plea hearing regarding whether the January 2025 hearing should go forward or be taken off calendar.

|     |     |     |
| --- | --- | --- |
| 1   |     |     |
| 2   | IT IS SO STIPULATED. |     |
| 3   | Dated: November 19, 2024 | NOLAN BARTON OLMOS & LUCIANO, LLP |
| 4   |     |     |
| 5   |     | /S/ *Daniel Olmos* |
| 6   |     | Daniel Olmos<br>Attorney for Defendant Mihran Melkonyan |
| 7   |     |     |
| 8   | Dated: November 19, 2024 | PHILLIP A. TALBERT<br>UNITED STATES ATTORNEY |
| 9   |     |     |
| 10  |     | /S/ *Heiko Coppola* |
| 11  |     | By: Heiko Coppola<br>Assistant United States Attorney |

2

# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA
# SACRAMENTO DIVISION

| | |
|---|---|
| UNITED STATES,<br><br>                Plaintiff,<br><br>      v.<br><br>MIHRAN MELKONYAN, et al.,<br><br>                Defendants. | Case No. 2:14-cr-00083 DJC<br><br>**[~~PROPOSED~~] ORDER TO CONTINUE STATUS CONFERENCE** |

GOOD CAUSE APPEARING, it is hereby ordered that the status conference for Defendant Mihran Melkonyan currently scheduled for November 20, 2024, be continued to January 22, 2025, at 11:00 a.m.

Dated: November 20, 2024

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

3