PHILLIP A. TALBERT
United States Attorney
MICHAEL D. ANDERSON
HEIKO P. COPPOLA
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No.: 2:14-CR-00083 DJC |
|---|---|
| Plaintiff, | |
| v. | **ORDER VACATING SENTENCE, ORDERING A NEW PSR AND RESENTENCING** |
| MIHRAN MELKONYAN, | |
| Defendant. | |

    The Court has read and considered the stipulation of the parties to vacate the defendant's sentence. The Court hereby finds that the Stipulation, which this Court incorporates by reference into this Order, demonstrates good cause to vacate the defendants previously imposed 230 month sentence.

    THEREFORE, IT IS ORDERED:

1. That the defendant's 230 month sentence imposed on or about January 4, 2019, is hereby vacated;

2. The Probation Office shall prepare a new PSR; and

///

///

3.  The defendant shall be re-sentenced by the Court on future date and time following the preparation of a new PSR.

IT IS SO ORDERED.

Dated:  December 12, 2024

*Daniel J. Calabretta*
THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE