Daniel B. Olmos (CA SBN 235319)
NOLAN BARTON OLMOS & LUCIANO LLP
432 D Street
Davis, CA 95616
Tel. (650) 326-2980
Fax (650) 326-9704
dolmos@nbo.law

Counsel for Defendant
Mihran Melkonyan

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

### SACRAMENTO DIVISION

| | |
|---|---|
| UNITED STATES,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>MIHRAN MELKONYAN, et al.,<br><br>　　　　　Defendants. | Case No. 2:14-cr-00083 DJC<br><br>**STIPULATION AND ORDER TO RELEASE DEFENDANT MIHRAN MELKONYAN PENDING SENTENCING** |

　　　IT IS HEREBY STIPULATED AND AGREED between the Government, through Assistant United States Attorney Heiko Coppola, and Defendant Mihran Melkonyan, through undersigned counsel, that Mr. Melkonyan be released from custody pending his January 23, 2025, re-sentencing hearing.  *See, e.g.,* Docket Nos. 673, 676, and 678.  The parties agree that Mr. Melkonyan will be supervised by Pretrial Services in the Eastern District of California.

　　　Mr. Melkonyan has a wife and two children who live in Sacramento and are eager to reunite with him.  The parties stipulate and agree that Mr. Melkonyan should be released forthwith and be ordered to live at his family residence in Sacramento, report to Pretrial Services within 24 hours of being released and comply with additional special conditions of pretrial release as described in the attachment.  Mr. Melkonyan and his wife shall also sign a $100,000 unsecured bond when he reports to Pretrial Services upon his release.  The parties have contacted Pretrial Services, provided the

residence address and contact information for Mr. Melkonyan's wife, and confirmed the attached special conditions of release with which Mr. Melkonyan will comply.

For the foregoing reasons, the parties stipulate that Mr. Melkonyan be released forthwith from custody pending his January 23, 2025, re-sentencing hearing, subject to the release conditions described above.  Mr. Melkonyan shall be ordered personally to appear at the re-sentencing hearing.

IT IS SO STIPULATED.

Dated: December 19, 2024                    NOLAN BARTON OLMOS & LUCIANO LLP


                                             /S/ *Daniel Olmos*
                                            Daniel Olmos
                                            Attorney for Defendant Mihran Melkonyan


Dated: December 19, 2024                    PHILLIP A. TALBERT
                                            UNITED STATES ATTORNEY


                                             /S/ *Heiko Coppola*
                                            By:  Heiko Coppola
                                            Assistant United States Attorney

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| UNITED STATES, | Case No. 2:14-cr-00083 DJC |
|---|---|
| Plaintiff, | |
| v. | **ORDER TO RELEASE DEFENDANT MIHRAN MELKONYAN PENDING SENTENCING** |
| MIHRAN MELKONYAN, et al., | |
| Defendants. | |

GOOD CAUSE APPEARING, and pursuant to stipulation by the parties, it is hereby ordered that Defendant Mihran Melkonyan be released forthwith from custody pending his January 23, 2025, re-sentencing hearing. Mr. Melkonyan shall be supervised by Pretrial Services in the Eastern District of California. Mr. Melkonyan is ordered to report to Pretrial Services within 24 hours of his release from custody and comply with the special conditions of release attached to the stipulation as directed by Pretrial Services. Further, Mr. Melkonyan and his wife shall sign a $100,000 unsecured bond when he reports to Pretrial Services upon his release. Mr. Melkonyan is ordered to be personally present at his January 23, 2025, re-sentencing hearing.

Dated: December 19, 2024            /s/ Daniel J. Calabretta
                                                     THE HONORABLE DANIEL J. CALABRETTA
                                                     UNITED STATES DISTRICT JUDGE

3